IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **GRANT DEWAYNE KEYSER,**<br>        Plaintiff, | Civil Action No. 7:21-cv-00561 |
| v. | **MEMORANDUM OPINION** |
| **MIDDLE RIVER REGIONAL JAIL,**<br>        Defendant(s), | By:  Michael F. Urbanski<br>Chief United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered November 15, 2021, the court directed plaintiff to submit within 20 days from the date of the order the required certified inmate account monthly statements, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during those months. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This __17th__ day of December, 2021.

Michael F. Urbanski
Chief U.S. District Judge
2021.12.17 12:56:47
-05'00'

_____
Chief United States District Judge